STATE OF NORTH CAROLINA v. EDWARD McMANUS

No. 6926SC319

(Filed 23 July 1969)

APPEAL by defendant from *Falls, J.,* 10 March 1969 Schedule "B" Session of MECKLENBURG Superior Court.

Defendant was tried on his plea of not guilty to a bill of indictment, proper in form, charging him with having committed the offense of common-law robbery on 19 November 1968. He was found guilty as charged, and from judgment imposing prison sentence of ten years, defendant appealed.

*Attorney General Robert Morgan, and Staff Attorney Andrew A. Vanore, Jr., for the State.*

*T. O. Stennett for defendant appellant.*

PARKER, J.

The record on appeal contains no assignment of error. The defendant, an indigent, was represented at his trial and on this appeal by court-appointed counsel. Counsel for appellant in his brief has stated that he has searched the record proper and is unable to find anything therein which merits this Court's consideration. We have also carefully examined the record and can find no prejudicial error therein. There was ample evidence to support the verdict of

the jury. Defendant was positively identified by an eyewitness to the robbery. The sentence imposed was within statutory limits. Upon careful review of the entire record we find

No error.

MALLARD, C.J., and BRITT, J., concur.